UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THOMAS DEWEY ROBERTS,**

**Plaintiff,**

v.  Case No: 6:17-cv-565-Orl-18TBS

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

## ORDER

This cause came on for consideration on Defendant Commissioner of Social Security's Motion for Partial Summary Judgment/Dismissal (the "Motion") (Doc. 13), filed on July 7, 2017. On October 27, 2017, the United States Magistrate Judge issued a Report and Recommendation (Doc. 31) recommending that the Motion be granted. (*Id.* at 23.)

The Court, having reviewed the Report and Recommendation (Doc. 31) and noting that no objections have been filed, hereby **ORDERS** and **ADJUDGES** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 31) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant Commissioner of Social Security's Motion for Partial Summary Judgment/Dismissal (Doc. 13) is **GRANTED**.

3. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant Commissioner of Social Security and against Plaintiff Thomas Dewey Roberts on Counts I, II, III, IV, V, VI, VII, and IX of Plaintiff's Complaint (Doc. 1).

4. The sole remaining count (Count VIII) of the Complaint (Doc. 1) shall proceed in the usual course.

**DONE** and **ORDERED** in Orlando, Florida, this 22 day of November, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record