# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

THOMAS DEWEY ROBERTS,

    Plaintiff,

v.                                                                                    Case No: 6:17-cv-565-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER

THIS CAUSE was initiated by Plaintiff Thomas Dewey Roberts ("Plaintiff"), who filed a Complaint against the Commissioner of the Social Security Administration ("Commissioner") challenging the Commissioner's "decision to take away" Plaintiff's Social Security disability benefits. (Doc. 1.) Designated as a Track One case, the matter was referred to United States Magistrate Thomas B. Smith for a report and recommendation. (Doc. 4.)

On July 7, 2017, the Commissioner filed a Motion to Dismiss Plaintiff's Complaint in Part for Failure to State a Claim Upon Which Relief May Be Granted ("Partial MTD"). (Doc. 13.) Issuing his first Report and Recommendation on October 27, 2017 ("First Report"), the Magistrate Judge recommended that the Partial MTD be denied with respect to Count VIII, and be granted in all other respects. (Doc. 31.) No objections were filed to the First Report, which the Court approved and adopted ("First Order"). (Doc. 32.) The Court then entered judgment against Plaintiff and in favor of Defendant on Counts I, II, III, IV, V, VI, VII, and IX. (Doc. 33.)

After additional briefing (*see* Docs. 34, 35), the Magistrate Judge entered a Report and Recommendation ("Second Report"), which recommended that the Court reject Count VIII, affirm the Commissioner's administrative decision, and direct the Clerk to enter judgment accordingly

(Doc. 36). The deadline to file objections to the Second Report passed on Monday, May 14, 2018, and no objections have been filed.

Accordingly, having reviewed the Second Report, and there being no objections, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 36) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED**.

3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on this ____ day of June, 2018.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record